UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 16-cv-01862 |
| 1011 RESTAURANT GROUP, LLC | ) ) Judge Edmond E. Chang |
| Defendant. | ) ) |

**NOTICE OF SETTLEMENT**

Plaintiff, HOWARD COHAN, and Defendant, 1011 RESTAURANT GROUP, LLC (collectively "Parties"), by and through undersigned counsel and pursuant to Local Rule 16.1, hereby give Notice that the Parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement. The Parties respectfully request twenty-one (21) days to extend all pleading due dares as well as to finalize the settlement documents and to file the proper pleadings to close this matter out.

DATED: April 7, 2016

| **WEISS LAW GROUP, P.A.** | **THE LAW OFFICES OF HOWARD A. DAVIS** |
|---|---|
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| 5531 N. University Drive | 120 N. LaSalle St., Ste. 1200 |
| Suite 103 | Chicago, Illinois 60602 |
| Coral Springs, FL 33067 | (312) 623-0118 |
| Tel: (954) 573-2800 | hdavis@davislaw1.com |
| Fax: (954) 573-2798 | IL Bar No. 3127890 |
| | |
| BY: /s/ Jason S. Weiss | BY: /s/ Howard A. Davis |
| Jason S. Weiss | |
| Jason@jswlawyer.com | |
| Florida Bar No. 356890 | |