## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 16-cv-01862 |
| | ) | |
| 1011 RESTAURANT GROUP, LLC | ) | Judge Edmond E. Chang |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, 1011 RESTAURANT GROUP, LLC ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

**WEISS LAW GROUP, P.A.**
5531 N. University Drive
Suite 103
Coral Springs, Florida 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY:___/s/ Jason S. Weiss_____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Howard A. Davis, Esq. at Hdavis@davislawl.com.

BY:___/s/ Jason S. Weiss____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890